FILED

Peter R. Afrasiabi, Esq. (Bar No. 193336)
   pafrasiabi@onellp.com
John Tehranian, Esq. (Bar. No. 211616)
   jtehranian@onellp.com
ONE LLP
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

2013 DEC 20 PM 12:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

Attorneys for Plaintiff, Mavrix Photographs LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>TOWNSQUARE MEDIA, LLC; and DOES 1-20 INCLUSIVE,<br><br>    Defendants. | Case No. **SACV13-01977 RNB**<br><br>**COMPLAINT FOR DIRECT, CONTRIBUTORY, INDUCEMENT, AND VICARIOUS COPYRIGHT INFRINGEMENT OF PHOTOGRAPHS OF KATY PERRY**<br><br>**DEMAND FOR JURY TRIAL** |

    Mavrix Photographs, LLC ("Mavrix"), by and through their attorneys of record, complains against Townsquare Media, LLC ("Townsquare"), a Delaware limited liability company; and DOES 1 through 20 (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

    1.    This is a civil action against Defendants for copyright infringement in breach of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

**COMPLAINT**

2.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and Defendants have contractually waived the right to challenge jurisdiction in this Judicial District.  Defendants are subject to the general and specific personal jurisdiction of this Court because of their general contacts with the State of California.

**PARTIES**

3.     Plaintiff Mavrix is a limited liability company incorporated and existing under the laws of California, with a principal place of business located in Orange County, California.

4.     Defendant Townsquare is a limited liability company incorporated and existing under the laws of Delaware.  Townsquare is a major, national media, pop-culture and radio station company, with its principal place of business in Connecticut.

5.     The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as DOES 1 through 20, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and will ask leave of Court to amend this Complaint and insert the true names and capacities when ascertained.

6.     Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.  Plaintiff believes that some of the DOE defendants are partial owners of Townsquare, or contribute heavily to Townsquare's content, and are personally liable for Townsquare's copyright infringement.

//
//
//

## FACTS COMMON TO ALL COUNTS

7. Mavrix Photo, Inc. ("MPI") is a prominent celebrity photography agency based in Los Angeles. MPI licenses its photographs to its end customers, often popular publications like People or US Weekly.

8. Townsquare owns the website www.bozemankissfm.com ("Website"), which is a website that supports one of Townsquare's media holdings, including the 96.7 Kiss FM radio station.

9. Despite having no permission, consent, or license to do so, Townsquare has for commercial gain and purpose reproduced, publicly distributed, and publicly displayed—as well as made available specifically for third party's download, display and public and private sharing—certain original photographs of superstar singer Katy Perry (the "Perry Photos") belonging to Mavrix. Mavrix acquired all right, title and interest to the Perry Photos from MPI by way of a full assignment of all such rights, which previously were owned solely by MPI.

10. True and correct copies of the copyright registration certificate for the Perry Photos, and evidence of their infringement by the Defendants, are attached as **Exhibit "1"**.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement, 17 U.S.C. § 501)

11. Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1 through 10 above.

12. Mavrix is the owner of all rights, title and interest in the copyrights to the Perry Photos, which substantially consist of material wholly original with Plaintiff and which are copyright subject matter under the laws of the United States. Mavrix has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights. The Perry Photos have been timely (specifically for purposes of

1  Plaintiff's recovery of attorneys' fees and statutory damages) registered with the United
2  States Copyright Office.
3   13.     Defendants have directly, vicariously and/or contributorily infringed, and
4  unless enjoined, will continue to infringe Mavrix's copyrights by reproducing, displaying,
5  distributing and utilizing the Photos for purposes of trade violation of 17 U.S.C. § 501 *et
6  seq.*, and still further by providing the public with the means to further "share" the photos
7  via social media platforms as seen in Exhibit 1 at their website.
8   14.     Defendants have willfully infringed, and unless enjoined, will continue to
9  infringe Mavrix's copyrights by reproducing, displaying, distributing and utilizing the
10 Photos for purposes of trade, and still further by providing the public with the means to
11 further "share" the photos via social media platforms as seen in Exhibit 1, which acts
12 Defendants knew were prohibited by virtue of their additional posting and linking to a site
13 that contains the full photo set.  The brazen willfulness is seen when one goes to the site
14 that defendant took the picture from (and then also links to), which site is
15 www.hotcelebshome.com, and which defendant links to on its www.bozemankissfm.com
16 site (thereby further encouraging the illegal download and public viewing of **all** the Katy
17 Perry photos which exist at the linked-to site), a site itself that is an obviously unlicensed
18 site, does not even purport to own the photos, and the owner of the site purports to be a guy
19 in the Netherlands.  Likewise, Defendants put the tag "celebrity paradise" on their website
20 under Mavrix's Perry Photo (which was also placed under all the photos at the also-
21 infringing www.hotcelebshome.com site), but the website "www.celebrity-paradise.com" is
22 a foreign, German website with celebrity content, and which to any reasonable person it is
23 obvious it too is not the owner or licensee of the Perry Photos, and indeed does not even
24 purport to be the owner.  This behavior demonstrates willful infringement and certainly
25 reckless disregard of Mavrix's rights under the governing Ninth Circuit standard from the
26 seminal Ninth Circuit *Louis Vuitton* case.

15. Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Perry Photos for purposes of trade, including by increasing the traffic to their website and through the social media functions users can utilize.

16. All of the Defendants' acts are and were performed without the permission, license or consent of Mavrix.

17. As a result of the acts of Defendants alleged herein, Mavrix has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

18. Because of the willful nature of the copyright infringement, Mavrix is entitled to an award of statutory damages of up to $150,000 per willfully infringed photograph as well as its attorney's fees in prosecuting this action. If other infringements are discovered in this case, this pleading will be augmented accordingly or notice of additional infringements will be otherwise filed and served in the case.

19. The said wrongful acts of Defendants have caused, and are causing, injury to Mavrix, and unless this Court restrains Defendants from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law.

20. The full scope of infringement of other works of Mavrix is currently unknown, and discovery will require access to and analysis of the entire database and library of all content of Defendants so it may be searched with image-based search tools for other Mavrix works. Accordingly, Defendants are hereby placed on notice not to destroy or delete any content or material on any of its servers for any domain names and to otherwise preserve all evidence.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoyed from designing, copying, reproducing, displaying, promoting, advertising, distributing, linking-to, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet web sites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Mavrix's rights in the Photos.

2. Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees under 17 U.S.C. § 505. This includes statutory damages of $150,000 for the infringement of the Perry Photo at www.bozemankissfm.com. It also includes a further statutory damages award for the unlawful public display of all 29 photos at the site www.hotcelebshome.com, which latter website Defendant encourages people to go to—expressly by links—so as to view all the Mavrix-owned photos of Katy Perry, which statutory damages award amounts to an additional $4,350,000 (29x$150,000).

3. An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4. Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all

damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

6. That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate

Dated: December 18, 2013

ONE LLP

By: /s/ Peter Afrasiabi
Peter R. Afrasiabi, Esq.
John Tehranian, Esq.
Attorneys for Plaintiff,
Mavrix Photographs LLC

## DEMAND FOR JURY TRIAL

Plaintiff Mavrix Photographs LLC hereby demands trial by jury of all issues so triable under the law.

Dated: December 18, 2013

ONE LLP

By: /s/ Peter Afrasiabi
Peter R. Afrasiabi, Esq.
John Tehranian, Esq.
Attorneys for Plaintiff,
Mavrix Photographs LLC

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-788-833**

Effective date of registration:

August 31, 2011

## Title
- **Title of Work:** Katy Perry Pink Bikini Miami Shot On 06/21/2011.

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** June 21, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** Moises Naveira
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Mavrix Photo Inc
  195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States
- **Transfer Statement:** By written agreement

## Rights and Permissions
- **Organization Name:** Mavrix Photo Inc
- **Name:** Gareth Miles Thomas
- **Email:** gareth@mavrixphoto.com
- **Telephone:** 305-542-9276
- **Address:** 195 SE 4th Avenue
  Deerfield Beach, FL 33441 United States

## Certification
- **Name:** Gareth Thomas
- **Date:** August 31, 2011

Page 1 of 1

Faxed 10/12/11 ✓

Registration #: VA0001788833
Service Request #: 1-655230912



Mavrix Photo Inc
Gareth Miles Thomas
195 SE 4th Avenue
Deerfield Beach, FL 33441  United States




Today's Hottest Music

Sign In | Sign Up

Search

Contact Us

HOME | ON AIR | LISTEN | PLAYLIST | EVENTS | ALL ACCESS | BOZEMAN | EXPERTS | CONTACT US

 

**WHAT'S HOT:** LOCAL NEWS STORIES | CHRISTMAS MUSIC 24/7 | PLAY PRO FOOTBALL PICK'EM | CHRISTMAS LIGHTS CONTEST/MAP | RECENTLY PLAYED PLAYLIST |

# Katy Perry And Her Pink Bikini [Photos]

By 96.7 Kiss FM June 28, 2011 10:01 AM

 Share on Facebook     Share on Twitter


Celebrity Paridise

Being a celebrity, you've always gotta be on the lookout for the paparazzi if you don't want to be seen. In Katy Perry's case, I think she is more than fine with millions of people seeing her in her pink bikini.

See all the photos of Katy Perry's high quality black polka dotted pink bikini shots here

**Filed Under:** bikini, katy perry
**Category:** Entertainment News, Photos

 Share on Facebook     Share on Twitter     

## MORE FROM KISS FM

   

Do Cats Become Attached to Their Owners? [VIDEO] | Bozeman Winter Weather Advisory Through Thursday At Noon | Four Bozeman Businesses Cited For Serving Underage Patrons Last Weekend | Say What?! Justin Bieber Says He's Retiring [VIDEO]

**LISTEN LIVE**

RECENTLY PLAYED: MOVE ALONG | THE ALL-AMERIC



## MEET THE DJS

 

Elvis Duran and The Morning Show | Missy O'Malley

See All DJs

## KISS FM ON FACEBOOK

 96.7 KISS FM
 Like 7,020

Log In   Log in to Facebook to see your friends' are doing.

 I Bet 'Blue Bobcat Cup' Can Get More YouTube Views Than Missoula's 'Keep It Grizzly' [POLL]
66 people recommend this.

 55 Of 2012's Best Songs Remixed Together For Epic Mashup [Music Video]
18 people recommend this.

The 2013 Oscar for Best Closing Goes to the 'Here's to the Losers' Tribute Song [VIDEO]
3 people recommend this.

 Robin Thicke "Blurred Lines" Parody Shows Topless Men Rather Than Topless Women [MUSIC VIDEO]
3 people recommend this.





UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
Mavrix Photographs LLC

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
Townsquare Media LLC; Does 1-20

**(b) County of Residence of First Listed Plaintiff** Orange
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed Defendant** Connecticut
(IN U.S. PLAINTIFF CASES ONLY)

**(c) Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
Peter Afrasiabi 193336, One LLP, 4000 MacArthur Blvd. Suite 500, East Tower, Newport Beach, CA 92660, 949-502-2871

**Attorneys** (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement, direct, contributory, vicarious, inducement.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **SACV13-01977 RNB**

CV-71 (11/13)   CIVIL COVER SHEET   Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br>☐ Yes  ☒ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims?<br>(Make only one selection per row) | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☒ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C.2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above ➡ | Southern Division |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**   [signature]   DATE: 12-18-13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |